IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JARED MCLEMORE,<br><br>**Plaintiff,**<br><br>v.<br><br>SHERIFF OF PITTSBURG COUNTY,<br>in his official capacity;<br>MICHAEL WILLIAMSON, and DALTON<br>BARONE,<br><br>**Defendants.** | **Civil No.** 24-495 (FAB) |

## PARTIAL JUDGMENT

In accordance with the Opinion and Order entered today (Docket No. 61), plaintiff Jared McLemore's pure substantive claim against Dalton Barone and Michael Williamson pursuant to the Fourteenth Amendment is **DISMISSED with prejudice.** Plaintiff Jared McLemore's Fourth Amendment claim against the Sheriff of Pittsburg County is **DISMISSED with prejudice.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, June 11, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE